**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 17-cr-00461-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

PIOTR BLAZEJEWICZ,

      Defendant.

---

**ORDER DENYING DEFENDANT'S MOTION FOR RECOMMENDATION AS TO THE
MAXIMUM TERM OF ALTERNATIVE FORM OF INCARCERATION**

---

      This matter is before the Court on Defendant's Motion Requesting for [sic] a

Recommendation as to the Maximum Term of Alternative Form of Incarceration

Through "Halfway" House Placement. (Doc. # 83.) In his Motion, Defendant moves the

Court "for a recommendation to the United States Bureau of Prisons [("BOP")] to

consider the maximum term of "halfway" house placement when he becomes

eligible . . . ." (*Id*. at 1.)

      In the federal prison system, the Court may make a non-binding recommendation

to BOP as to the place of confinement for a defendant, but the authority to designate the

place of a prisoner's incarceration rests with BOP. *See* 18 U.S.C. § 3621(b); *see also*

*United States v. Ledezma*, No. 09-CR-0138-002-CVE, 2010 WL 4955964, at *1 (N.D.

Okla. Dec. 1, 2010). In the instant case, for lack of good cause shown, the Court declines to exercise its jurisdiction to make such a recommendation. Accordingly, it is ORDERED that Defendant's Motion (Doc. # 83) is DENIED without prejudice.

DATED: January 15, 2020

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge